**Esther CALHOUN, as Administratrix of the Goods, Chattels and Credits Which Were of Christopher Calhoun, Deceased, Appellee, v. Bartle DALY, Appellant.**

**No. 353.**

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

James E. Turner, of Brooklyn, N. Y. (William B. Davis and H. H. Brown, both of New York City, of counsel), for appellant.

William J. Mahar, of New York City (William J. Mahar and Edward L. P. O'Connor, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed (18 F.Supp. 1005). on opinion below.

**CANISTER CO., Appellant, v. Rex D. McDILL, Appellee.**

**No. 6218.**

Circuit Court of Appeals, Third Circuit.

March 11, 1937.

Rehearing Denied May 27, 1937.

Warrick Potter Scott, of Philadelphia, Pa. (George D. Rothermel and Walter S. Keown, both of Camden, N. J., and Ballard, Spahr, Andrews & Ingersoll, of Philadelphia, Pa., of counsel), for appellant.

Andrew Foulds, Jr., of Passaic, N. J., and Harvey R. Hawgood, of Cleveland, Ohio, for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This case having come on for hearing and after argument and consideration of the facts, we feel that the case should have been continued in the court below, and accordingly the judgment is reversed and a new trial granted.

**Thad Benson CARTER, Appellant, v. The UNION JOINT STOCK LAND BANK OF DETROIT, Appellee.**

**No. 7593.**

Circuit Court of Appeals, Sixth Circuit.

April 12, 1937.

Francis J. Cook, of Cleveland, Ohio, for appellant.

A. G. Masters, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellee to dismiss appeal be, and the same is, granted and the appeal is hereby dismissed.